**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DARNELL FERGUSON HANCHETT,

Defendant.

Case No. 2:24-mj-913-MDC

ORDER

The Court finds that Mr. Hanchett has completed the special conditions of his unsupervised probation in accordance with his plea agreement and sentence.

IT IS THEREFORE ORDERED that the status conference set for October 15, 2026, at 1:30 PM is vacated.

IT IS FURTHER ORDERED this case is closed.

DATED this 1st day of October, 2026.

UNITED STATES MAGISTRATE JUDGE